**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| YOLANDA G. KERR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-02177-JAR-KGG |
| | ) |
| LOWES HOME CENTERS, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Yolanda G. Kerr, by and through her undersigned counsel, and Defendant Lowe's Home Centers, LLC, by and through its undersigned counsel, hereby stipulate and agree that Plaintiff's claims against Defendant are hereby dismissed WITH PREJUDICE. Each party shall bear their own costs.

| **/s/ Marcos Barbosa** | **/s/ Brian P. Pezza** |
|---|---|
| Marcos A. Barbosa KS#22015<br>MABLAW-KC<br>1301 Oak Street, Suite 400A<br>Kansas City MO 64106<br>Telephone: (816) 499-8800<br>Facsimile: (816) 499-8801<br>marcos.barbosa@mablawkc.com | Thomas P. Berra, Jr., #78819<br>Brian P. Pezza, #78535<br>Sarah L. White, #78970<br>Lewis Rice LLC<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101<br>Telephone: (314) 444-7600<br>Facsimile: (314) 612-1352<br>tberra@lewisrice.com<br>bpezza@lewisrice.com<br>swhite@lewisrice.com |

Respectfully submitted,

_____
Marcos A. Barbosa               KS #22015
**MABLAW-KC**
1301 Oak St., Suite 400A
Kansas City, MO 64106
Telephone:    (816) 499-8800
Facsimile:    (816) 499-8801
marcos.barbosa@mablawkc.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2021, the foregoing was electronically filed using the eFiling system, which will send notice of electronic filing to all registered attorneys of record. I further certify that pursuant to Rule 55.03(a), I signed the original of the foregoing and that the original signed copy is maintained at our office. /s/ Marcos A. Barbosa

_____
Marcos A. Barbosa               KS #22015